■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTHONY GUGINO, Appellant.—Judgment unanimously affirmed. Same memorandum as in *People v Cannizzaro* (167 AD2d 871 [decided herewith]). (Appeal from judgment of Supreme Court, Erie County, Kubiniec, J.—criminal sale of controlled substance, second degree.) Present—Denman, J. P., Green, Balio, Lawton and Davis, JJ.